1
2
3  JOHN W. CARPENTER (Bar No. 221708)        David H.S. Commins (CSBN 124205)
   john@jwcarpenterlaw.com                   Kit L. Knudsen (CSBN 154714)
   829 Baronne Street                        COMMINS & KNUDSEN, P.C.
4  New Orleans, LA 700113                    400 Montgomery Street, Suite 200
   Telephone: (504) 581-9311                 San Francisco, CA 94104
5   Facsimile:  1- 866-410-6248              Telephone (415) 391-6490
                                             Fax (415) 391-6493
6  Attorneys for Plaintiff                   david@commins.com
   Albert John Freeman                       kit@commins.com
7
                                             *Attorneys for Defendant Starbucks Corp.*
8
                                             *Full counsel blocks on signature page*
9
10
11
                       **UNITED STATES DISTRICT COURT**
12
                       **NORTHERN DISTRICT OF CALIFORNIA**
13
14
15
   **ALBERT JOHN FREEMAN,**                   CASE NO.  13-CV-04397-JSW
16
         Plaintiff and Counterclaim
17       Defendant                            **JOINT NOTICE OF SETTLEMENT AND
                                              [PROPOSED] ORDER**
18
19       vs.
                                              JUDGE:   Hon. Jeffrey S. White
20
21 **STARBUCKS CORP.,**

22       Defendant and Counterclaimant

23
24
25
26       TO THE COURT:

27       PLEASE TAKE NOTICE that the parties to the above-captioned matter have reached a

28 settlement in principle, and respectfully request the Court continue all deadlines in this matter to

enable the parties to memorialize their settlement agreement and thereby fully and finally resolve this dispute, and subsequently file a Notice of Dismissal.

.

Respectfully submitted,

DATED:  March 3, 2014          By /s/ John W. Carpenter
JOHN W. CARPENTER (Bar No. 221708)
john@jwcarpenterlaw.com
829 Baronne Street
New Orleans, LA 700113
Telephone: (504) 581-9311
 Facsimile:  1- 866-410-6248

*Attorneys for Plaintiff*
*Albert John Freeman*

DATED:  March 3, 2014          By  /s/ David H.S. Commins
David H.S. Commins (CSBN 124205)
Kit L. Knudsen (CSBN 154714)
COMMINS & KNUDSEN, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone (415) 391-6490
Fax (415) 391-6493
david@commins.com
kit@commins.com

*Attorneys for Defendant Starbucks Corp.*

**ORDER**

IT IS HEREBY ORDERED that all deadlines previously set in this matter are ~~continued~~ STAYED. The parties shall file a stipulation and proposed order to dismiss. If not filed by June 6, 2014, the Court shall conduct an initial case management conference on June 13, 2014 at 11:00 a.m. The parties shall submit a joint case management conference statement by June 6, 2014.

DATED: ~~March 4~~, 2014

*/s/ Jeffrey S. White*

Honorable Jeffrey S. White
United States District Court Judge