JOHN W. CARPENTER (Bar No. 221708)
john@jwcarpenterlaw.com
829 Baronne Street
New Orleans, LA 700113
Telephone: (504) 581-9311
Facsimile: 1- 866-410-6248

Attorneys for Plaintiff
Albert John Freeman

David H.S. Commins (CSBN 124205)
Kit L. Knudsen (CSBN 154714)
COMMINS & KNUDSEN, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone (415) 391-6490
Fax (415) 391-6493
david@commins.com
kit@commins.com

Stephen F. Roth (admitted *pro hac vice*)
Alexander Solo (admitted *pro hac vice*)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908.518.6362
Cell:   973-356-5159
Fax:    908.654.7866
SRoth@ldlkm.com
ASolo@ldlkm.com

Attorneys for Defendant Starbucks Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Albert John Freeman,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**Starbucks Corp.**<br><br>　　　　　Defendant. | CASE NO.  C 13-04397  (JSW)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**<br><br>JUDGE:   Hon. Jeffrey S. White |

**Stipulation**

Pursuant to Civil L.R. 6-2, Plaintiff Albert John Freeman ("FREEMAN") and Defendant Starbucks Corp. ("STARBUCKS") hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for June 13, 2014 at 11:00 a.m. The joint case management conference statement is currently due by June 6, 2014.

The Settlement and Patent License Agreement in this case has been signed. The monetary consideration for settlement is to be wired to FREEMAN next week.

The parties have agreed to seek a continuance of the Initial Case Management Conference to June 27, 2014 at 11:00 a.m. or to whatever date and time thereafter that may be set by the Court. The parties have further agreed a joint case management statement shall be submitted by June 20, 2014.

This is the first request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter be continued to June 27, 2014 at 11:00 a.m. or to whatever date and time thereafter that may be set by the Court. It is further hereby stipulated and agreed that a joint case management statement shall be submitted by June 20, 2014.

Respectfully submitted,

DATED: June 4, 2014            By /s/ John W. Carpenter

JOHN W. CARPENTER (Bar No. 221708)
john@jwcarpenterlaw.com

- 2 -   STIP. AND ~~PROPOSED~~ ORDER CONTINUING INITIAL CMC
CV 13-04397 (JSW)

### [PROPOSED] ORDER

Pursuant to stipulation and upon good cause shown, the Court hereby continues the Initial Case Management Conference to June 27, 2014 at 11:a.m. The parties shall submit a joint case management statement by June 20, 2014.

SO ORDERED.

Dated June __5__, 2014

_____
Hon. Jeffrey S. White
United States District Judge

- 5 -   STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC
CV 13-04397 (JSW)