| | |
|---|---|
| JOHN W. CARPENTER (Bar No. 221708) | David H.S. Commins (CSBN 124205) |
| john@jwcarpenterlaw.com | Kit L. Knudsen (CSBN 154714) |
| 829 Baronne St. | COMMINS & KNUDSEN, P.C. |
| New Orleans, LA 70113 | 400 Montgomery Street, Suite 200 |
| Telephone: (504) 581-9311 | San Francisco, CA 94104 |
| Facsimile: 1-866-410-6248 | Telephone (415) 391-649 |
| | Fax (415) 391-6493 |
| Attorneys for Plaintiff | david@commins.com |
| Albert John Freeman | kit@commins.com |

*Attorneys for Defendant Starbucks Corp.*

*Full counsel blocks on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALBERT JOHN FREEMAN, | CASE NO. 13-CV-04397-JSW |
| Plaintiff and Counterclaim Defendant, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| STARBUCKS CORPORATION | |
| Defendant and Counterclaimant | JUDGE: Hon. Jeffrey S. White |

Pursuant to a confidential settlement agreement and release, IT IS HEREBY

STIPULATED by and between Plaintiff ALBERT JOHN FREEMAN ("FREEMAN") and

Defendant STARBUCKS CORPORATION ("STARBUCKS"), through their counsel of record,

that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Dated: June 10, 2014            LAW OFFICES OF JOHN W. CARPENTER LLC

                                           /s/ John W. Carpenter
                                           John W. Carpenter
                                           john@jwcarpenterlaw.com
                                           829 Baronne Street
                                           New Orleans, LA 700113
                                           Telephone: (504) 581-9311
                                           Facsimile: 1- 866-410-6248

                                           *Attorneys for Plaintiff*
                                           *Albert John Freeman*

Dated: June 10, 2014            STARBUCKS CORPORATION

                                           /s/ David H.S. Commins
                                           David H.S. Commins (CSBN 124205)
                                           Kit L. Knudsen (CSBN 154714)
                                           COMMINS & KNUDSEN, P.C.
                                           400 Montgomery Street, Suite 200
                                           San Francisco, CA 94104
                                           Telephone (415) 391-6490
                                           Fax (415) 391-6493
                                           david@commins.com
                                           kit@commins.com

                                           *Attorneys for Defendant Starbucks Corp.*

.

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated June  11, 2014

_____
Honorable Jeffrey S. White
United States District Court Judge